AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 SEP -4 AM 9: 11

CLERK-ALBUQUERQUE

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Storage Unit 522 located at 4020 San Mateo Blvd NE,<br>Albuquerque, NM 87110 | )<br>)<br>) Case No. 15mr 565<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:
 See attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
 See attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  September 14, 2015
                                                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Undersigned___ .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: September 1, 2015 at 2:45 pm    *[signature]*
                                                                                              *Judge's signature*

City and state:  Albuquerque, NM                United States Chief Magistrate Judge Karen Molzen
                                                                                *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 9/2/15 @ 11:36 am | Copy of warrant and inventory left with: inside storage unit |
| Inventory made in the presence of: Postal Inspector Brad Specht | | |
| Inventory of the property taken and name of any person(s) seized: 1 accordion file of miscellaneous documents, miscellaneous ID's, blank card stock, 3 cell phones/computer hard drives, a motorola slide cell phone, miscellaneous documents, checks + mail, a UV machine + an ID making kit. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/4/15

_____
Executing officer's signature

Ryan Calvert  Postal Inspector
Printed name and title